Massimo Nocerino a/k/a Max Noce

1120 ½ S. Clark Drive

Los Angeles, CA 90035

MaxNoce@gmail.com

Telephone: (323) 775-3612

FILED
FEB 03 2016
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                     Deputy Clerk

Self-Represented Defendant

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re: | BK Case No.: 2:15-bk-25947-BB |
| MASSIMO NOCERINO | AP Case No.: 2:16-ap-01028-BB |
| a/k/a MAX NOCE | Chapter: 7 |
| Debtor. | |
| | **DEFENDANT'S ANSWER TO COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT** |
| ORPHIC LLC, a California limited Liability company; and CURRADO MALASPINA, an individual, | |
| Plaintiffs, | **STATUS CONFERENCE:** |
| V. | |
| MASSIMO NOCERINO a/k/a MAX NOCE, an individual, | Date: 03/29/2016 |
| | Time: 02.00 PM |
| Debtor-Defendant. | Place:  Courtroom 1475, |
| | 255 E Temple St., |
| | Los Angeles, CA 90012 |

**Defendant answers Plaintiff's complaint as follows:**

| | | | |
|---|---|---|---|
| **Paragraph 1:** | ☐ Admit | ☐ Deny | ☒ I do not have enough information, and therefore deny |
| **Paragraph 2:** | ☐ Admit | ☐ Deny | ☒ I do not have enough information, and therefore deny |
| **Paragraph 3:** | ☒ Admit | ☐ Deny | ☐ I do not have enough information, and therefore deny |
| **Paragraph 4:** | ☐ Admit | ☐ Deny | ☒ I do not have enough information, and therefore deny |
| **Paragraph 5:** | ☒ Admit | ☐ Deny | ☐ I do not have enough information, and therefore deny |
| **Paragraph 6:** | ☐ Admit | ☐ Deny | ☒ I do not have enough information, and therefore deny |
| **Paragraph 7:** | ☒ Admit | ☐ Deny | ☐ I do not have enough information, and therefore deny |
| **Paragraph 8:** | ☐ Admit | ☒ Deny | ☐ I do not have enough information, and therefore deny |
| **Paragraph 9:** | ☐ Admit | ☒ Deny | ☐ I do not have enough information, and therefore deny |
| **Paragraph 10:** | ☐ Admit | ☒ Deny | ☐ I do not have enough information, and therefore deny |
| **Paragraph 11:** | ☐ Admit | ☒ Deny | ☐ I do not have enough information, and therefore deny |
| **Paragraph 12:** | ☐ Admit | ☒ Deny | ☐ I do not have enough information, and therefore deny |
| **Paragraph 13:** | ☐ Admit | ☒ Deny | ☐ I do not have enough information, and therefore deny |
| **Paragraph 14:** | ☐ Admit | ☒ Deny | ☐ I do not have enough information, and therefore deny |

| | | | |
|---|---|---|---|
| **Paragraph 15:** | ☐ Admit | ☐ Deny | ☑ I do not have enough information, and therefore deny |
| **Paragraph 16:** | ☐ Admit | ☑ Deny | ☐ I do not have enough information, and therefore deny |
| **Paragraph 17:** | ☐ Admit | ☑ Deny | ☐ I do not have enough information, and therefore deny |
| **Paragraph 18:** | ☐ Admit | ☑ Deny | ☐ I do not have enough information, and therefore deny |
| **Paragraph 19:** | ☐ Admit | ☑ Deny | ☐ I do not have enough information, and therefore deny |
| **Paragraph 20:** | ☐ Admit | ☑ Deny | ☐ I do not have enough information, and therefore deny |
| **Paragraph 21:** | ☐ Admit | ☑ Deny | ☐ I do not have enough information, and therefore deny |
| **Paragraph 22:** | ☐ Admit | ☑ Deny | ☐ I do not have enough information, and therefore deny |
| **Paragraph 23:** | ☐ Admit | ☑ Deny | ☐ I do not have enough information, and therefore deny |
| **Paragraph 24:** | ☐ Admit | ☑ Deny | ☐ I do not have enough information, and therefore deny |
| **Paragraph 25:** | ☐ Admit | ☐ Deny | ☑ I do not have enough information, and therefore deny |
| **Paragraph 26:** | ☐ Admit | ☐ Deny | ☑ I do not have enough information, and therefore deny |
| **Paragraph 27:** | ☐ Admit | ☐ Deny | ☑ I do not have enough information, and therefore deny |
| **Paragraph 28:** | ☐ Admit | ☑ Deny | ☐ I do not have enough information, and therefore deny |
| **Paragraph 29:** | ☐ Admit | ☑ Deny | ☐ I do not have enough information, and therefore deny |
| **Paragraph 30:** | ☐ Admit | ☑ Deny | ☐ I do not have enough information, and therefore deny |

| Paragraph | Admit | Deny | I do not have enough information, and therefore deny |
|---|---|---|---|
| **Paragraph 31:** | ☐ | ☒ | ☐ |
| **Paragraph 32:** | ☐ | ☒ | ☐ |
| **Paragraph 33:** | ☐ | ☐ | ☒ |
| **Paragraph 34:** | ☐ | ☐ | ☒ |
| **Paragraph 35:** | ☐ | ☐ | ☒ |
| **Paragraph 36:** | ☐ | ☒ | ☐ |
| **Paragraph 37:** | ☐ | ☐ | ☒ |
| **Paragraph 38:** | ☐ | ☒ | ☐ |
| **Paragraph 39:** | ☐ | ☒ | ☐ |
| **Paragraph 40:** | ☐ | ☐ | ☒ |
| **Paragraph 41:** | ☐ | ☒ | ☐ |
| **Paragraph 42:** | ☐ | ☐ | ☒ |
| **Paragraph 43:** | ☐ | ☐ | ☒ |
| **Paragraph 44:** | ☐ | ☐ | ☒ |
| **Paragraph 45:** | ☐ | ☐ | ☒ |
| **Paragraph 46:** | ☐ | ☐ | ☒ |

| | | | |
|---|---|---|---|
| **Paragraph 47:** | ☐ Admit | ☐ Deny | ☒ I do not have enough information, and therefore deny |
| **Paragraph 48:** | ☐ Admit | ☐ Deny | ☒ I do not have enough information, and therefore deny |
| **Paragraph 49:** | ☐ Admit | ☐ Deny | ☒ I do not have enough information, and therefore deny |
| **Paragraph 50:** | ☐ Admit | ☐ Deny | ☒ I do not have enough information, and therefore deny |
| **Paragraph 51:** | ☐ Admit | ☐ Deny | ☒ I do not have enough information, and therefore deny |
| **Paragraph 52:** | ☐ Admit | ☒ Deny | ☐ I do not have enough information, and therefore deny |
| **Paragraph 53:** | ☐ Admit | ☒ Deny | ☐ I do not have enough information, and therefore deny |
| **Paragraph 54:** | ☐ Admit | ☐ Deny | ☒ I do not have enough information, and therefore deny |
| **Paragraph 55:** | ☐ Admit | ☐ Deny | ☒ I do not have enough information, and therefore deny |
| **Paragraph 56:** | ☐ Admit | ☐ Deny | ☒ I do not have enough information, and therefore deny |
| **Paragraph 57:** | ☐ Admit | ☒ Deny | ☐ I do not have enough information, and therefore deny |
| **Paragraph 58:** | ☐ Admit | ☒ Deny | ☐ I do not have enough information, and therefore deny |
| **Paragraph 59:** | ☐ Admit | ☐ Deny | ☒ I do not have enough information, and therefore deny |
| **Paragraph 60:** | ☐ Admit | ☒ Deny | ☐ I do not have enough information, and therefore deny |
| **Paragraph 61:** | ☐ Admit | ☐ Deny | ☒ I do not have enough information, and therefore deny |
| **Paragraph 62:** | ☐ Admit | ☒ Deny | ☐ I do not have enough information, and therefore deny |

| | | | |
|---|---|---|---|
| **Paragraph 63:** | ☐ Admit | ☑ Deny | ☐ I do not have enough information, and therefore deny |
| **Paragraph 64:** | ☐ Admit | ☑ Deny | ☐ I do not have enough information, and therefore deny |
| **Paragraph 65:** | ☐ Admit | ☑ Deny | ☐ I do not have enough information, and therefore deny |
| **Paragraph 66:** | ☐ Admit | ☑ Deny | ☐ I do not have enough information, and therefore deny |
| **Paragraph 67:** | ☐ Admit | ☑ Deny | ☐ I do not have enough information, and therefore deny |
| **Paragraph 68:** | ☐ Admit | ☐ Deny | ☑ I do not have enough information, and therefore deny |
| **Paragraph 69:** | ☐ Admit | ☑ Deny | ☐ I do not have enough information, and therefore deny |
| **Paragraph 70:** | ☐ Admit | ☑ Deny | ☐ I do not have enough information, and therefore deny |
| **Paragraph 71:** | ☐ Admit | ☑ Deny | ☐ I do not have enough information, and therefore deny |
| **Paragraph 72:** | ☐ Admit | ☑ Deny | ☐ I do not have enough information, and therefore deny |
| **Paragraph 73:** | ☐ Admit | ☑ Deny | ☐ I do not have enough information, and therefore deny |
| **Paragraph 74:** | ☐ Admit | ☑ Deny | ☐ I do not have enough information, and therefore deny |
| **Paragraph 75:** | ☐ Admit | ☐ Deny | ☑ I do not have enough information, and therefore deny |
| **Paragraph 76:** | ☐ Admit | ☐ Deny | ☑ I do not have enough information, and therefore deny |
| **Paragraph 77:** | ☐ Admit | ☑ Deny | ☐ I do not have enough information, and therefore deny |
| **Paragraph 78:** | ☐ Admit | ☑ Deny | ☐ I do not have enough information, and therefore deny |

| | | | |
|---|---|---|---|
| **Paragraph 79:** | ☐ Admit | ☐ Deny | ☒ I do not have enough information, and therefore deny |
| **Paragraph 80:** | ☐ Admit | ☐ Deny | ☒ I do not have enough information, and therefore deny |
| **Paragraph 81:** | ☐ Admit | ☐ Deny | ☒ I do not have enough information, and therefore deny |
| **Paragraph 82:** | ☐ Admit | ☒ Deny | ☐ I do not have enough information, and therefore deny |
| **Paragraph 83:** | ☐ Admit | ☒ Deny | ☐ I do not have enough information, and therefore deny |
| **Paragraph 84:** | ☐ Admit | ☒ Deny | ☐ I do not have enough information, and therefore deny |
| **Paragraph 85:** | ☐ Admit | ☒ Deny | ☐ I do not have enough information, and therefore deny |
| **Paragraph 86:** | ☐ Admit | ☒ Deny | ☐ I do not have enough information, and therefore deny |
| **Paragraph 87:** | ☐ Admit | ☐ Deny | ☒ I do not have enough information, and therefore deny |
| **Paragraph 88:** | ☐ Admit | ☒ Deny | ☐ I do not have enough information, and therefore deny |
| **Paragraph 89:** | ☐ Admit | ☒ Deny | ☐ I do not have enough information, and therefore deny |
| **Paragraph 90:** | ☐ Admit | ☒ Deny | ☐ I do not have enough information, and therefore deny |

WHEREFORE, Defendant prays as follows:

1. That Plaintiff/s take nothing by reason of its complaint and that judgment be rendered in favor of Defendant;
2. That Defendant be awarded costs of suit, including attorney's fees, incurred in the defense of this action, pursuant to 11 U.S.C. § 523(d); and
3. For such other and further relief as the Court deems just and proper.

02/03/2016
Date

_____
Defendant

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1120½ S. CLARK DR LOS ANGELES CA 90035

A true and correct copy of the foregoing document entitled: **Defendant's Answer to Complaint to Determine Dischargeability of Debt** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

> See NEF for confirmation of electronic transmission to the U.S. trustee, any trustee in this case, and to any attorneys who receive service by NEF.

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge **will be completed** no later than 24 hours after the document is filed.

**PRESIDING JUDGE:**
_____

**ATTORNEY FOR DEFENDANT:**
_____

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 02/03/2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge **will be completed** no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 02/03/2016 | MASSIMO NOCERINO | [signature] |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                      F 9013-3.1.PROOF.SERVICE